Submitted on remand from the Oregon Supreme Court February 18,
affirmed March 30, reconsideration denied April 30,
petition for review denied June 16, 1981 (291 Or 177)

HARRIS,
*Appellant,*
*v.*
BARNUM et al,
*Respondents.*

(No. 25564, CA 16758)

628 P2d 738

Ridgway K. Foley, Jr., Portland, argued the cause for appellant. With him on the briefs were Schwabe, Williamson, Wyatt, Moore & Roberts, and Charles R. Markley, Portland.

Thomas C. Howser, Ashland, argued the cause for respondent. On the brief were Ronald K. Cue, and Cottle, Howser & Cue, Ashland.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

### PER CURIAM

Consequent on its decision in *First Federal v. Gruber,* 290 Or 53, 618 P2d 1265 (1980), which involved the same parties and the same land, the Supreme Court allowed appellant's petition for review of our decision (49 Or App 11, 618 P2d 1289 (1980)) and summarily remanded it to this court "to reconsider in view of" the *Gruber* opinion.

On reconsideration, and in the absence of any guidance from the Supreme Court about the specific reasons underlying its remand, we affirm our previous opinion.

Affirmed.